**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NATHAN VALLIN,**

     **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　**Case No: 8:15-cv-930-T-35TBM**

**WELLS FARGO BANK, N.A.,**

     **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

     Upon consideration of the Parties' Stipulation of Dismissal with Prejudice, (Dkt. 33) and pursuant to Fed.R.Civ. P. 41, it is hereby

     **ORDERED** that this case is **dismissed with prejudice.**   Each party shall bear its own attorneys' fees and costs associated with this matter.   The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

     **DONE and ORDERED** in Tampa, Florida, this 25th day of February, 2016.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party